IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:24-cr-00197 |
| v. ) | Judge Waverly D. Crenshaw, Jr. |
| ) | |
| [1] SAMSON A. OMONIYI ) | |
|     a/k/a "Dada" ) | |
|     a/k/a "Dadaman81" ) | |
|     a/k/a "Mr D" ) | |
| ) | |
| [2] MISHA L. COOPER ) | |
|     a/k/a "Misha Brookings" ) | |
|     a/k/a "Misha Harris" ) | |
|     a/k/a "Misha L. Brookins" ) | |
| ) | |
| [3] ROBERT A. COOPER ) | |
| ) | |
| [4] CARLESHA L. PERRY ) | |
|     a/k/a "D Man" ) | |
| ) | |
| [5] WHITNEY D. BARDLEY ) | |
| ) | |
| [6] LAUREN O. GUIDRY ) | |
|     a/k/a "Mommy" ) | |
| ) | |
| [7] CAIRA Y. OSBY ) | |
|     a/k/a "Solomon Amanti" ) | |
| ) | |
| [8] DAZAI S. HARRIS ) | |
| ) | |
| [9] EDWARD D. PEEBLES ) | |

**MOTION TO UNSEAL INDICTMENT**

The United States of America, by and through Thomas J. Jaworski, Acting United States Attorney, and S. Carran Daughtrey, Assistant United States Attorney, and Jasmin Salehi Fashami and Kenneth P. Kaplan, Trial Attorneys with the Money Laundering and Asset Recovery Section

of the Criminal Division, moved to seal the indictment pending arrest of all charged defendants. As of today, November 26, 2024, all defendants have been arrested.

WHEREFORE, the United States respectfully requests that the Court issue an Order Unsealing this indictment and any and all other documents and docket entries filed in this action that should not remain under seal for other reasons. A proposed Order is submitted herewith.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney for the
Middle District of Tennessee

*/s/ S. Carran Daughtrey*
S. CARRAN DAUGHTRE
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

MARGARET A. MOESER
Chief, Money Laundering And
Asset Recovery Section
U.S. Department of Justice

Kenneth P. Kaplan
Jasmin Salehi Fashami
Trial Attorneys
U.S. Department of Justice
Money Laundering & Asset Recovery Section
The Bond Building
1400 New York Avenue, NW, 10th Flr.
Washington, DC, 20005
Telephone: (202)-514-1263